**ALLERGAN, INC., Plaintiff–Appellee,**

v.

**SANDOZ, INC., Alcon Laboratories, Inc., Alcon Research, Ltd., Alcon, Inc., Falcon Pharmaceuticals, Ltd., Apotex Inc. and Apotex Corp., Defendants–Appellants,**

**and**

**Watson Laboratories, Inc., Defendant.**

**Nos. 2014–1151, 2014–1182.**

United States Court of Appeals, Federal Circuit.

Dec. 11, 2014.

Jonathan E. Singer, Fish & Richardson P.C., of Minneapolis, MN, argued for

plaintiff-appellee. With him on the brief were Deanna J. Reichel; Susan M. Coletti, of Wilmington, DE; and Juanita R. Brooks and W. Chad Shear, of San Diego, CA.

Deanne E. Maynard, Morrison & Foerster LLP, of Washington, DC, argued for all defendants-appellants. With her on the brief for defendants-appellants Sandoz, Inc., et al., were Brian R. Matsui; David C. Doyle and Brian M. Kramer, of San Diego, CA. On the brief for defendants-appellants Apotex, Inc. were Robert B. Breisblatt, Stephen P. Benson and Dennis C. Lee, Katten Muchin Rosenman LLP, of Chicago, IL.

PROST, Chief Judge, O'MALLEY and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**